# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ESTATE OF BOBBY W. BURROW
AND ESTATE OF JOLYNN D.
BURROW

VERSUS

ADAM MARTINEZ

NO.  2025 CW 1050

OCTOBER 17, 2025

---

In Re:    Adam Martinez, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          203466.

---

BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.

**WRIT DENIED AND DENIED ON THE SHOWING MADE.** The district court's October 13, 2025 order of eviction is a final appealable judgment. See La. Code Civ. P. art. 4735; **Terrebonne Parish Port Commission v. Eagle Dry Dock & Marine Repairs, L.L.C.**, 2014-0010 (La. App. 1st Cir. 7/7/15), 2015 WL 4094331, *7 (unpublished). Accordingly, the appropriate remedy for review of a judgment of eviction is by appeal. Pertaining to the alleged error committed by the trial court in refusing to order consolidation of the eviction and succession proceedings, we deny the writ on the showing made.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT